UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2010-02
JANUARY 4, 2012 SESSION



UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 6:12-cr-00004
                                29 U.S.C. § 501(c)

PAMELA S. HINZMAN

## I N D I C T M E N T

The Grand Jury Charges:

1. At all relevant times, defendant PAMELA S. HINZMAN was an officer of American Postal Workers, AFL-CIO, Local 1580, Cecil F. Romine Area (the "Union") and held the position of Treasurer.

2. At all relevant times, as part of her duties as Treasurer, defendant PAMELA S. HINZMAN was the financial officer of the Union and was responsible for maintaining the Union's books and records, preparing Union checks, co-signing Union checks, and making financial reports.

3. At all relevant times, the Union was a labor organization engaged in an industry affecting commerce within the meaning of 29 U.S.C. § 402 (i) and (j).

4. From in or about September 1, 2007, through in or about November 22, 2009, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia and

elsewhere, defendant PAMELA S. HINZMAN did knowingly embezzle, steal and unlawfully and willfully abstract and convert to her own use approximately $26,260.68 of the moneys, funds, securities, property, and other assets of a labor organization of which she was an officer, that is, the Union.

In violation of Title 29, United States Code, Section 501(c).

R. BOOTH GOODWIN II
United States Attorney

By: *Meredith R. George*
MEREDITH R. GEORGE
Assistant United States Attorney